UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL STERLING,

    Plaintiff,

vs.                                  CASE NO. 08-12398
                                    HON. LAWRENCE P. ZATKOFF

KEVIN O'CONNOR, THOMAS
MORGAN and JANE DOE,

    Defendants.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, a former prisoner proceeding *pro se*, filed a 42 U.S.C. § 1983 action against the above named Defendants. This matter is currently before the Court on Magistrate Judge Majzoub's Report and Recommendation (Docket #4), wherein the Magistrate Judge recommends that Plaintiff's case be dismissed for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B).

After a thorough review of the court file and the Report and Recommendation (no objections to the Report and Recommendation were filed), this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Therefore, for the reasons stated above, Plaintiff's case is DISMISSED. Judgment shall be entered accordingly.

    IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: October 26, 2009

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 26, 2009.

                                              S/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290